IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS CALVIN WARREN                                                      PETITIONER
ADC #94167

V.                                  NO. 5:09cv00303 JLH

LARRY NORRIS, Director,                                                   RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 19th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE